**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Rock 51 LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 87-4033316 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>7 West 51st Street, Ground Floor<br>New York, NY 10019<br>Number, Street, City, State & ZIP Code<br><br>New York<br>County | **Mailing address, if different from principal place of business**<br><br>1350 Avenue of the Americas<br>New York, NY 10019<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website (URL)** | | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor    Rock 51 LLC                                                    Case number (if known)
     Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor    Rock 51 LLC                                                            Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Rock 51 LLC                                                 Case number (if known)
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 12, 2025
               MM / DD / YYYY

**X** /s/ Lee E. Buchwald                          Lee E. Buchwald
Signature of authorized representative of debtor    Printed name

Title    Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Kevin J. Nash                            Date    January 12, 2025
Signature of attorney for debtor                           MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    knash@gwfglaw.com

NY
Bar number and State

## WRITTEN CONSENT OF THE SOLE MEMBER
## OF ROCK 51 LLC TO COMMENCE CHAPTER 11 CASE

The undersigned, being an authorized signatory and the sole member of Rock 51 LLC (the "Company"), hereby adopts the following resolutions:

WHEREAS, the Company entered into a long-term lease with Pref 7 West 51st Street LLC, as landlord (the "Landlord") on January 25, 2022 to build-out and operate an upscale, high-end, Italian restaurant (the "Restaurant") located at 7 West 51st Street, New York, NY (the "Leased Premises");

WHEREAS, the Company has already invested approximately $7.0 million in the build-out of the restaurant, the opening of which has been delayed by a number of factors, including ongoing disputes with the Landlord relating to water infiltration and unpaid rent claims;

WHEREAS, the Restaurant is approximately 80% complete and the financial investors of the Company have gained full management and operating control of the Company and have elected to seek relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") to preserve the Lease while the Restaurant is completed and the claims of the Landlord are resolved; and

WHEREAS, in view of the foregoing, the Company hereby adopts the following resolutions:

NOW, THEREFORE, IT IS HEREBY

**RESOLVED**, that Lee E. Buchwald is designated as the Chief Restructuring Officer ("CRO") of the Company effective immediately with all attendant fiduciary rights, duties and responsibilities to manage the Company's legal and financial affairs; and it is further

**RESOLVED**, that the Company is authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on behalf of the Company; and it is further

**RESOLVED**, that Lee E. Buchwald, as the CRO of the Company, is authorized to (a) execute the Chapter 11 petition and all related papers and other documents and cause same to be filed in the Bankruptcy Court; and (b) cause the Company to file schedules, statements, lists, motions, applications, and other necessary papers to prosecute the Chapter 11 case, to preserve the Lease, and confirm a plan of reorganization; and it is further

**RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as bankruptcy counsel in the Chapter 11 case.

IN WITNESS WHEREOF, the undersigned has executed this consent as of January 12, 2025.

Rock 51 LLC

By: Rock 51 Trust
Its sole member

By:
/s/ Iskander Kadirov
Iskandar Kadirov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                                    Chapter 11

Rock 51 LLC,                                                         Case No.

                                        Debtor.
--------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

     Lee E. Buchwald, declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

     1.    I have been engaged as the chief restructuring officer ("CRO") of Rock 51 LLC (the "Debtor") by the current investors and member to oversee a corporate restructuring of the Debtor's restaurant (the "Restaurant").  I have become familiar with the Debtor's financial and legal affairs and submit this Declaration pursuant to Local Rule 1007-2 in support of the commencement of the Chapter 11 case on behalf of the Debtor.

     2.    The purpose of this Declaration is to assist the Court, creditors and other parties-in-interest in understanding the events leading to the need to seek Chapter 11 relief and the Debtor's strategies to emerge from bankruptcy.

     3.    The major impetus for commencement of the Chapter 11 case is to preserve and maintain the Debtor's leasehold rights while the Debtor completes construction of the Restaurant with an anticipated opening in the middle part of this year.

### Background

     4.    The Debtor was first organized in 2022 to construct and operate a first-rate Italian restaurant at 7 West 51st Street, New York, NY 10019 (the "Leased Premises").  To that

end, the Debtor entered into a long-term lease (the "Lease") with Pref 7 West 51st Street LLC (the "Landlord").

5.      The Restaurant is designed to include multi-level dining areas with a total seating capacity for approximately 275 people, plus multiple bar areas as well.  Cooking and food preparation will be done in the basement and cellar levels.  A floor plan for the Restaurant is attached hereto as **Exhibit A** (the "Project").

6.      Since the signing of the Lease in 2022, the Debtor has expended approximately $7.0 million in total on the Project, including payment of rent through April 2024 and parts of Summer 2024.  The construction is approximately 80% to 90% complete.  The capital for the Project has been obtained from loans and contributions from overseas investors, mainly Global Wireless FZE, an entity based out of Dubai, United Arab Emirates.

7.      Unfortunately, the opening of the Restaurant has been delayed due to a number of factors, including delays in construction, delays in obtaining European crafted fixtures and furniture, and, most pressing, ground water infiltration and flooding in the basement area, which the Landlord has not adequately addressed.

8.      The Debtor is currently in litigation with the Landlord over a number of issues in the Civil Court, New York County.  The prospect of protracted litigation further delays completion of the Project and opening of the Restaurant.  The Debtor is contesting the Landlord's noticing of prior rent demands, as well as the Landlord's entitlement to certain past-due rent in the face of unremedied water infiltration and flooding issues.

9.      In the interim, the financial investors of the Debtor have gained management and operational control of the Debtor.  A trust for the benefit of Iskander Kadirov is the Debtor's 100% equity holder and member.  Mr. Kadirov, who became involved in the Project

2

out of necessity, is in discussions with a well-regarded restaurateur to oversee day-to-day operations in conjunction with the hiring of a rising chef. Mr. Kadirov and the overseas investor are prepared to finance the completion of the Project and ongoing expenses during the Chapter 11 case, with the main goal of curing and reinstating the Lease once the Landlord's claims, if any, are resolved or adjudicated.

10.     The Lease was signed on January 25, 2022 and runs for a term of 20 years with a 10-year renewal option. The lease covers portions of the ground floor, mezzanine, second floor and lower levels, totaling approximately 17,350 square feet. The current monthly rent is approximately $100,000. If all goes well, the Debtor expects to open the restaurant in 4-6 months and has applied directly for a liquor license.

11.     The Project has been plagued by severe water leaks most likely attributable to ground water infiltration, which remains the Landlord's responsibility to address. The Debtor notified the Landlord of the leaks on numerous occasions, but the Landlord has failed to alleviate the conditions.

12.     Instead, in recent months, the Landlord commenced non-payment proceedings based upon deficient and improperly noticed letters of default dated July 11, 2024 and July 30, 2024. The Debtor has asserted several defenses in this litigation and intends to remove the litigation to the Bankruptcy Court shortly after commencing the Chapter 11 case.

### Local Rule 1007-2 Disclosures

13.     Although newly engaged, I am in a position to make the following disclosures based upon information available to me from a review of the Debtor's ledgers, construction drawings and plans, and litigation papers.

3

14.     Pursuant to Local Rule 1007-2(a)(4), the Debtor intends to file a comprehensive set of schedules and statements.  The creditor matrix used for this Petition has been prepared based upon a review of information provided to me by the Debtor.

15.     Pursuant to Local Rule 1007-2(a)(5), the Debtor has no secured creditors.

16.     Pursuant to Local Rule 1007-2(a)(6), all of the Debtor's assets and liabilities are set forth in the accompanying bankruptcy schedules.

17.     Pursuant to Local Rule 1007-2(a)(7), the membership interest in the Debtor is not publicly traded.

18.     Pursuant to Local Rule 1007-2(a)(9), the Leased Premises are leased by the Debtor.

19.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's primary asset is the Lease and its development plans for the Restaurant, together with associated goodwill.  The Debtor's books and records are located at the Debtor's business offices and maintained by the general contractor on the Project.

20.     Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is filed herewith.

21.     Pursuant to Local Rule 1007-2(a)(12), I shall serve as the CRO and will be compensated on a monthly basis, subject to any Court Order approving my retention.  I received a retainer of $5,000 and shall bill for my services based upon an hourly rate of $550 per hour.

22.     Pursuant to Local Rule 1007-2(b), the Debtor intends to assume and reinstate the Lease.    Additionally, the Debtor anticipates obtaining additional capital of approximately $1.4 million from Global Wireless FZE to complete construction.

Dated:    New York, New York
           January 12, 2025

                                                    /s/ Lee E. Buchwald
                                                    Lee E. Buchwald
                                                    Title:    Chief Restructuring Officer



YODEZEEN
Architectural and
interior design studio

yodezeen.com
info@yodezeen.com

West 57 Restaurant

Main architect

Subcellar Floor. Furniture plan.

Architect

12.05.2024

FORMAT A2

Sheet        Sheets

4-7

drawer

Mobile
Drawer

Champagne cooler

chain
entry

Dancing
Area

DJ Station

chain
entry

chain
entry

chain
entry

Drawer

-275 1/4"
-6989 mm

Champagne cooler

Refreg.    Storage

curtain

lamp

Table

lamp

Ref.

Ref.

shelves

trash
can

trash
can

lamp

Alcohol Storage

Door -
Window

Service Bar

Ref.

ELEVATOR

ELEVATOR

ELEVATOR



YODEZEEN
Architectural and
interior design studio

yodezeen.com
info@yodezeen.com

West 57 Restaurant

FURNITURE PLAN FIRST FLOOR

Architect

12.05.2024

FORMAT A2

| Sheet | Sheets |
|---|---|
| 30-1 | |



YODEZEEN
Architectural and
interior design studio

yodezeen.com
info@yodezeen.com

West 57 Restaurant

FURNITURE PLAN. MEZZANINE FLOOR

Architect

12.05.2024

FORMAT A2

Sheet       Sheets

30-2



YODEZEEN
Architectural and
interior design studio

yodezeen.com
info@yodezeen.com

West 57 Restaurant

FURNITURE PLAN. SECOND FLOOR

Architect

8.17.2024

FORMAT A2

| Sheet | Sheets |
|---|---|
| 30-3 | |



BAR

2nd floor

BAR

Mezzanine floor

1st floor

Cellar floor

Sub-cellar floor

BAR

BAR

+15.739
roof ridge

+13.719
Ceiling Second floor +4263

+9.679
FLOOR +9.6790
+9.343
MAIN CEILING +8710

+4.470
FLOOR +4470

+3.200
MEZANNINE FLOOR

+1.854
MAIN FLOOR

+0.000
0.000

-2.083
Cellar

-3.546
Cellar 2
BUNKER_Ceiling

-6.989
BUNKER

YODEZEEN
Architectural and
interior design studio

yodezeen.com
info@yodezeen.com

West 57 Restaurant

Main architect:

Architect

Section (ALL FLOORS)

12.20.2023

FORMAT A2

Sheet    Sheets

23-37

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                    Chapter 11

Rock 51 LLC,                                              Case No.

                              Debtor.

---------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

              Rock 51 Trust:        100%

Dated:  New York, New York
        January 12, 2025

                                    By:    /s/ Lee E. Buchwald
                                    Name: Lee E. Buchwald
                                    Title:  Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                Chapter 11

Rock 51 LLC,                                                      Case No.

                                        Debtor.
-------------------------------------------------------------x

### <u>LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7),

Rock 51 LLC certifies that it is a private non-governmental party, and has no corporate

parent, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
            January 12, 2025

                                        By:      /s/ Lee E. Buchwald
                                                 Name:  Lee E. Buchwald
                                                 Title:   Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                    Chapter 11

Rock 51 LLC,                                              Case No.

                                    Debtor.

---------------------------------------------------------------x

## LIST OF LAWSUITS

1. Pref 7 West 51st Street LLC v. Rock 51 LLC et al.
   New York County Civil Court
   Petition for Holdover
   Index No. LT-315834-24/NY

   Plaintiff's Attorney:    Rosenberg & Estis, P.C.
                            Jason R. Davidson
                            733 Third Avenue
                            New York, NY 10017

2. 300 Broadway-Sayville Lender, LLC v. Rock 51, LLC et al.
   Breach of Contract
   Nassau County Supreme Court
   Index No. 603796/2023

   Plaintiff's Attorney:    Abrams Fensterman, LLP
                            Keith J. Singer
                            3 Dakota Drive, Suite 300
                            Lake Success, NY 11042

Dated: New York, New York
       January 12, 2025

                                    By:    /s/ Lee E. Buchwald
                                    Name:  Lee E. Buchwald
                                    Title:   Chief Restructuring Officer

# United States Bankruptcy Court
## Southern District of New York, Manhattan Division

In re    Rock 51 LLC                              Case No.                                          
                                      Debtor(s)                 Chapter     11                                     

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     January 12, 2025                      /s/ Lee E. Buchwald
                                              Lee E. Buchwald/Chief Restructuring Officer
                                              Signer/Title

300 Broadway-Sayville Lender, LLC
225 Crossways Park Drive
Woodbury, NY 11797


A&B World Consulting, Inc.
8100 Shore Front Pkwy, Suite 9K
Far Rockaway, NY 11693


A&D Engineering, PLLC
2606 East 15th Street, Suite 204
Brooklyn, NY 11235


Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
New Hyde Park, NY 11042


ARM HVAC Distributors Inc.
1261 39th Street
Brooklyn, NY 11218


Bluebird Kitchen


Bricble Corp
158 Central Avenue
Rochelle Park, NJ 07662


Castle Kitchen and Bath LLC
1402 Castle Hill Ave
Bronx, NY 10462


Daniel Kandhorov
187-29 Perth Road
Jamaica, NY 11432


DATO A/C Inc.
444 Coney Island Avenue
Brooklyn, NY 11218


DCA Architecture & Design
388 Laurel Road
Pearl River, NY 10965


Elite Express Construction Inc
105 Beacon Ct
Brooklyn, NY 11229


Expolight
Kabluka Olena Volodymyrivna
individual entrepreneur Unified State Re


Global Wireless FZE
HAMRIYAH FREE ZONE, SHARJAH, 52180, Shar

Gold Street Construction Group
8738 21 Avenue
Brooklyn, NY 11214


Home Media Bliss LLC
119 Alabama Ave
Paterson, NJ 07503


Internal Revenue Service
Centralized Insolvency Operations PO Box
Philadelphia, PA 19101-7346


Kelsis


Lasvit Inc.
Lasvit Inc. / USA Headquarters
51 Wooster Street, Ground floor
New York, NY 10013


MG Engineering D.P.C
116 West 32nd Street
New York, NY 10001


NYC Department of Finance
375 Pearl Street, 30th Floor
New York, NY 10038


NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205


Pref 7 West 51st Street LLC
7 West 51st Street
New York, NY 10019


Pref 7 West 51st Street LLC
Attn: Jason R. Davidson
ROSENBERG & ESTIS, P.C. 733 Third Avenue
New York, NY 10017


Prime Ten LLC
280 Ashland Place
Brooklyn, NY 11217


Progressive Alarm Company, Inc.
154 Avenue U, 2nd Floor
Brooklyn, NY 11223


Project Factory NYC
2077 Coney Island Ave, Ground Floor
Brooklyn, NY 11223


RG Glass Creations, Inc.
1441 Broadway 28th Floor
New York, NY 10018

Robert Petrosyan
255 Harman Avenue
Fort Lee, NJ 07024


Rockwell Group LTD
640 Fulton St., Suite 7
Farmingdale, NY 11735


Rosenberg & Estis, P.C.
733 Third Avenue
New York, NY 10017


Sedesco, Inc.
34 East 51st Street, 6th Floor
New York, NY 10022


Sella Marble LLC
19 Brook St
Jersey City, NJ 07302


The Old Electric Corp.
135 Avenue P, Suite B4
Brooklyn, NY 11204


TMG LLC


TopLine GC Inc
70 Carriage Rd
Roslyn, NY 11576


Urban Tech Consulting Engineering, PC
11 Broadway, Suite 1900
New York, NY 10004


William Hird & Co, Inc.
255 40th St
Brooklyn, NY 11232


Yavorina Advance Ltd
07302, Kyiv Region, Vyshgorod District
Vyshgorod City, Vatutin Str. 106


YM Pro Corp.
150 Bay 17th Street
Brooklyn, NY 11214


Yodezeen Group, LLC
25 NW 34th St
Miami, FL 33127


Zhan (Johnny) Petrosyan
100 Old Palisades Avenue, Apt. 2506
Fort Lee, NJ 07024