| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rock 51 LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | 25-10034-mew |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|---|
   | 3.1. | Bricble Corp<br>158 Central Avenue<br>Rochelle Park, NJ 07662 | December 9, 2024 & January 3, 2025 | $42,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
   | 3.2. | Sella Marble LLC<br>19 Brook St<br>Jersey City, NJ 07302 | December 17, 2024 | $7,970.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.3. Gold Street Construction Group<br>8738 21 Avenue<br>Brooklyn, NY 11214 | December 17, 2024 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.4. Yavorina Advance Ltd<br>106 Vatutina St.<br>Vyshhorod, Kyiv Oblast<br>Ukraine, 07300 | December 19, 2024 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. Champion Mechanical<br>5955 60th St<br>Maspeth, NY 11378 | December 23, 2024 | $8,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.6. Castle Kitchen & Bath LLC<br>1402 Castle Hill Ave<br>Bronx, NY 10462 | January 3, 2025 | $15,115.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached list | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| To be computed | | | $0.00 |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldberg Weprin Finkel Goldstein LLP<br>125 Park Ave<br>12th Floor<br>New York, NY 10017 | | January 10, 2025 | $27,000.00<br>Including disbursements |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Lee E. Buchwald<br>420 Lexington Avenue, Suite 1402<br>New York, NY 10170 | | January 10, 2025 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Flagstar Bank (See attached)<br>36-36 33RD STREET<br>Astoria, NY 11106 | XXXX-4102 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | December 23, 2024 | $4,629.01 |
| 18.2 | Bank of America (See attached)<br>18 Steuben Dr., Jericho, NY 11753 | XXXX-1104 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | December 24, 2024 | $219,892.29 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed | |

**26. Books, records, and financial statements**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **6** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |
|---|---|---|---|

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Iskander Kadirov | | Sole Member | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marianna Shahmuradyan | 255 Harmon Avenue Fort Lee, NJ 07024 | 100% member | 2022 to February 7, 2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Debtor | Rock 51 LLC | Case number (if known) | 25-10034-mew |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 30, 2025

/s/ Lee E. Buchwald                                          Lee E. Buchwald
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                      Chapter 11

Rock 51 LLC,                                                Case No.

                       Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

1. Pref 7 West 51st Street LLC v. Rock 51 LLC et al.
   New York County Civil Court
   Petition for Holdover
   Index No. LT-315834-24/NY

   Plaintiff's Attorney:   Rosenberg & Estis, P.C.
                           Jason R. Davidson
                           733 Third Avenue
                           New York, NY 10017

2. 300 Broadway-Sayville Lender, LLC v. Rock 51, LLC et al.
   Breach of Contract
   Nassau County Supreme Court
   Index No. 603796/2023

   Plaintiff's Attorney:   Abrams Fensterman, LLP
                           Keith J. Singer
                           3 Dakota Drive, Suite 300
                           Lake Success, NY 11042

Dated: New York, New York
       January 12, 2025

                                            By:    /s/ Lee E. Buchwald
                                                   Name: Lee E. Buchwald
                                                   Title: Chief Restructuring Officer


# flagstar
PRIVATE BANK

January 27, 2025

To whom it may concern

Please accept this letter as confirmation of checking account that our client held at Flagstar Bank NA and is closed as of 12/23/2024

ROCK 51 LLC

ACCOUNT 1505650235

Thank you

Arsen Isakov
Senior Client Associate Officer
Flagstar Bank NA

Flagstar Bank, N.A. Member FDIC. All rights reserved.    Equal Housing Lender

# BANK OF AMERICA

BANK OF AMERICA, N.A. (THE "BANK")                                    **Account Closing Summary**

Account Type: **BUSINESS ADV RELATIONSHIP**          Account Number: **XXXXXXXX1104**

Account Title: **ROCK 51 LLC**

Account Address: **18 STEUBEN DR**
**JERICHO NY 11753-1453**

Disbursement Amount/Method $ **0.00**    ☐ Cash   ☐ Cashier's Check   ☐ Transfer to account ending in _____

## What you confirmed with us:

[X] You told us there are no pending transactions.

☐ You told us about the pending transactions listed on page 2 and left a balance in your account to cover them. If additional checks or other debits are outstanding, they may be paid before the transactions you told us about. This would reduce your balance or may cause some transactions to be returned unpaid.

Your account is set to close when your balance reaches zero. However, if a balance remains in your account at the end of 10 business days, we'll begin to process your request to close your account, which may take up to 20 business days. We will close your account even if your account has a balance or transactions you told us about are still outstanding. We'll transfer any positive balance to account ending in _____ or if no account is listed, mail a check to you at the address on your account.

☐ Your account is overdrawn. To close the account, you need to make a deposit to bring the account to zero. We'll cancel all account services, no withdrawals may be made, and only deposits are allowed to the account. We may make collection efforts to collect the overdraft.

## What you need to know:

**Automatic Deposits and Payments:** After the account closes, we will return checks and other debits, and deposits and other credits, that we receive with a statement that the account is closed, such as "Account Closed." You need to contact the originator who is sending automatic deposits (such as the Social Security Administration or your employer) or automatic payments (such as your phone or insurance company) to make other payment arrangements or cancel the transactions. We listed automatic deposits and payments on page 2 that have posted to your account in the last 34 days.

**Balance Must Reach Zero:** For the account to close, the balance must reach zero. Until the account closes, we may continue to post debits and credits to the account. Debits will be returned unpaid if the account does not have enough available funds to pay them.

**Account Statements:** You may receive one or two additional statements after the account is closed.

**Business Account Customers:** If you use Bank of America Merchant Services, call 1-800-430-7161 to close the separate Merchant Services account. Also, return night deposit bags and keys to your local financial center.

### Bank Information

Date: **01/27/2025**
Financial Center Name: **FOREST AVENUE**
Associate's Name: **Hernan Bonilla**
Associate's Phone Number: **516-656-7907**

NNY
00-14-9292M 05-2015        Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation

| Closing Calculation Summary | |
|---|---|
| Available Balance: | $0.00 |
| Accrued Interest (+): | $0.00 |
| Withheld Interest (-): | $0.00 |
| Outstanding Debits (-): | $0.00 |
| Remit to Customer | $0.00 |

## Closing Transactions and Automatic Deposit/Payment History

**Outstanding debits included in the above Remit To/Due from Customer Balance:**
  **Outstanding Checks:** Checks you told us about at closing.
  **Pending & Other Debits:** Items you told us about or are already in the process of posting to your account.
  **Automatic Deposit/Payment:** This is a 34 day history of automatic deposits and payments that may require your attention.

| Types | Date | Description | Pending Amount | Actual Amount | Amount |
|---|---|---|---|---|---|
| | | | | | |