# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
### ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH⋄
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN⋄

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA D. VITANZA*
M. BRIAN CRONK
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK
AMANDA ZIFCHAK
AARON GOLDBLUM*
ANDREW C. ST. CYR
JACOB E. WOLLACH
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA*
ASHLEY M. KOENEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, N. Y. 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
⋄   ALSO MEMBER OF CONNECTICUT BAR
*   ALSO MEMBER OF CALIFORNIA BAR
♦   ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

January 16, 2026

*Via Email*
Paul Schwartzberg, Trial Attorney
Office of U.S. Trustee
U.S. Department of Justice
One Bowling Green
New York, NY 10004-1408

Re:   *In re Rock 51 LLC*
      Case No. 25-10034-MEW

Dear Paul:

This will confirm that the only disbursement in month of October, November and December 2025 were for minor bank charges which were reversed, and the payment of quarterly fees due to your office for total Fourth Quarter 2025 disbursements of $326.29. Copies of the bank statements are enclosed.

Very truly yours,

/s/ J. Ted Donovan

Enclosures

**EastWest BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: October 01, 2025
ENDING DATE: October 31, 2025
Total days in statement period: 31
287
( 0)

ROCK 51 LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #25-10034
RETURN MAIL
420 LEXINGTON AVE SUITE 1402
NEW YORK NY 10170-0057

Enjoy quick and secure access to your finances with our Mobile App and Online Banking! You can check your account balance, send/receive money, or pay bills. Visit eastwestbank.com/mobile or call 833.468.8356 to learn more.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 287 | Beginning balance | $1,286.34 |
| Low balance | $1,010.06 | Total additions (0) | .00 |
| Average balance | $1,156.05 | Total subtractions (2) | 276.28 |
| | | Ending balance | $1,010.06 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 10-17 | Preauth Debit | QUARTERLY FEE PAYMENT 251017 0000 | 250.00 |
| 10-21 | Analysis Servic | ANALYSIS ACTIVITY FOR 09/25 | 26.28 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 1,286.34 | 10-17 | 1,036.34 | 10-21 | 1,010.06 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# EastWestBank  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: November 01, 2025
ENDING DATE: November 30, 2025
Total days in statement period: 30
▓▓▓▓1287
( 0)

ROCK 51 LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #25-10034
RETURN MAIL
420 LEXINGTON AVE SUITE 1402
NEW YORK NY 10170-0057

Happy holidays from all of us at East West Bank! Thank you for choosing us as your financial bridge. We wish you a joyous and prosperous holiday season and look forward to serving you in the new year. Together, let's reach further.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | ▓▓▓▓1287 | Beginning balance | | $1,010.06 |
| Low balance | $984.97 | Total additions | (0) | .00 |
| Average balance | $1,005.04 | Total subtractions | (1) | 25.09 |
| | | Ending balance | | $984.97 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11-25 | Analysis Servic   ANALYSIS ACTIVITY FOR 10/25 | | 25.09 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 1,010.06 | 11-25 | 984.97 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

**EastWest BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2025
ENDING DATE: December 31, 2025
Total days in statement period: 31
1287
( 0 )

ROCK 51 LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #25-10034
RETURN MAIL
420 LEXINGTON AVE SUITE 1402
NEW YORK NY 10170-0057

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 1287 | Beginning balance | | $984.97 |
| Low balance | $984.97 | Total additions | ( 1 ) | 51.37 |
| Average balance | $1,026.64 | Total subtractions | ( 1 ) | 24.92 |
| | | Ending balance | | $1,011.42 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-02 | Credit Memo | REV FEE 10/25-11/25 | 51.37 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-22 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/25 | 24.92 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 984.97 | 12-02 | 1,036.34 | 12-22 | 1,011.42 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409   rev 05-16